1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
10

| WEBSTER LUCAS, | Case No. CV 19-00963-JLS(AS) |
| --- | --- |
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND** |
| CRAIG KOENIG, Warden, | **RECOMMENDATIONS OF UNITED** |
|  | **STATES MAGISTRTE JUDGE** |
| Respondent. |  |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

   **IT IS ORDERED** that Judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: August 30, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE