JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WEBSTER LUCAS,<br><br>       Petitioner,<br><br>  v.<br><br>CRAIG KOENIG, Warden,<br><br>       Respondent. | Case No. CV 19-00963-JLS(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: August 30, 2022

                                                JOSEPHINE L. STATON
                                   UNITED STATES DISTRICT JUDGE